## THOMPSON *v.* TOWN OF LYONS.

SIMMONS, C. J. This case is controlled by the decision in *Aycock* v. *Rutledge,* 104 *Ga.* 533.

*Judgment reversed, with direction. All concurring, except Fish, J., absent.*

Argued December 17,—Decided December 19, 1900.

Certiorari. Before Judge Evans. Tattnall superior court. October term, 1900.

*C. W. Seals,* by *C. J. Haden,* for plaintiff in error.
*J. V. Kelley,* contra.